COMMONWEALTH of Pennsylvania, Respondent

v.

Conley Leon ROBINSON, Petitioner

No. 587 MAL 2017

Supreme Court of Pennsylvania.

January 4, 2018

## ORDER

PER CURIAM

**AND NOW,** this 4th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**